IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

PEDRO J GRANT,

    Plaintiff,

v.                                             CASE NO. 1:09-cv-00104-MP-GRJ

MIKE HENDERSON,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Defendant's Motion for Protective Order (Doc. 56) and Plaintiff's Motion for Extension of Time. (Doc. 58). Plaintiff has also moved for sanctions based upon Defendant's filing of his confidential material without placing it under seal. (Doc. 62).

Defendant filed a motion to dismiss this cause for failure to exhaust administrative remedies. (Doc. 42). Supplemental exhibits to this motion include a mental health evaluation (doc. 44, exhibit 9) that Defendant now concedes is confidential and should be filed under seal. (Doc. 56). Insofar as the motion for protective order seeks to have previously submitted documents placed under seal, (doc. 56), it is **GRANTED**, and the Clerk is directed to seal the exhibits (doc. 44, exhibit 9 and doc. 56, exhibit 1) previously filed.

The Court will not enter the proposed Protective Order as it is drafted, but directs the parties that any further submission of Plaintiff's mental health records or any other records deemed confidential by either party should be accompanied by a motion to file them under seal which will restrict their use to the parties and the Court.

Plaintiff seeks additional time "to prepare for the above mentioned case," but at the present time the motion to dismiss is fully briefed and there is nothing further Plaintiff needs to prepare until a ruling has been issued by the Court on the pending motion to dismiss. Consequently, his motion (doc. 58) is **DENIED**.

Plaintiff's motion for sanctions (doc. 62) is **DENIED**. Plaintiff has not shown any harm resulting from the posting of the confidential material.

Accordingly, it is

**ORDERED:**

1. Defendant's Motion for Protective Order (doc. 56) is **GRANTED**, and the Clerk of Court is directed to place the documents referenced above under seal.

2. Plaintiff's Motion for Extension of Time (doc. 58) is **DENIED**.

3. Plaintiff's Motion for Sanctions (doc. 62) is **DENIED**.

**DONE AND ORDERED** this 20th day of September, 2010.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge