IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

PEDRO J GRANT,

    Plaintiff,

v.                                            CASE NO. 1:09-cv-00104-MP -GRJ

WILLIAM S BAXTER, et al.,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 69, Report and Recommendation of the Magistrate Judge, recommending that the complaint bring a claim under 42 U.S.C. § 1983 be dismissed. The time for filing objections has passed, and none have been filed.

Plaintiff, who claimed that he was beaten by a prison staff member, admitted that he never filed a written grievance of any kind. He later claimed that he could not because he was mentally ill and on medications. However, during the 115 days he was at the facility, he was found to be competent in his criminal trial. The Court agrees with the Magistrate Judge that Mr. Grant thus has no excuse for failing to exhaust administrative remedies. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.     This case is dismissed with prejudice.

**DONE AND ORDERED** this _15th_ day of March, 2011

                    *s/Maurice M. Paul*
                    Maurice M. Paul, Senior District Judge